CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 30 2009
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JERRY D. SAYERS, | |
| Petitioner, | Case No. 7:09CV00149 |
| v. | **FINAL ORDER** |
| COMMONWEALTH OF VIRGINIA, | By: Glen E. Conrad |
| Respondent. | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this action, conditionally filed as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice; the clerk shall send petitioner a copy of the form provided to litigants wishing to file a § 2254 habeas petition; and this action is stricken from the active docket of the court.

ENTER: This 30th day of April, 2009.

/s/ Glen Conrad
United States District Judge